## ATTACHMENT A

- The property to be searched is a Samsung, model SM-A505U, IMEI: 35930306700507, hereinafter the "Device." The Device is currently located at the ATF Anchorage Field Office evidence storage room.

-This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored infor.mation described in Attachment B.

MAR - 4 2020